UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEGEORGE H. RUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:07-cv-1283- SEB-WTL |
| vs. ) | |
| ) | |
| FARMERS AUTOMOBILE INSURANCE ) | |
| ASSOCIATION, et. al, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On November 2, 2007, the Court struck Plaintiff's Complaint and dismissed it <u>without prejudice</u> for his counsel's failure to sign it in accord with Fed. R. Civ. P. 11. (Docket No. 14). To allow Plaintiff (or more accurately Plaintiff's counsel) a final opportunity to correct the signature problem,[1] the Court granted Plaintiff "fifteen (15) days within which to file an appropriate Complaint signed by counsel of record." (Docket No. 14). The Court warned: "The failure to do so within the time allowed will result in the dismissal of the Complaint with prejudice." (Docket No. 14).

More than fifteen (15) days have now passed and Plaintiff has filed nothing in response to the Court's November 2, 2007, Order. As a result, Plaintiff's Complaint is hereby dismissed <u>with prejudice</u> pursuant to Fed. R. Civ. P. 41(b).

---

[1] Plaintiff's counsel had previously been advised of the signature problem by defense counsel. (See Docket No. 14).

IT IS SO ORDERED.

Date: __01/03/2008__

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Grover Burton Davis
MCCLURE MCCLURE DAVIS & HENN
gbdavis@mmdhlaw.com

Brett Michael Haworth
MCCLURE MCCLURE DAVIS & HENN
bhaworth@mmdhlaw.com

Patrick Stern
patrickstern@sbcglobal.net